# United States Bankruptcy Court
# Central District Of California

3420 Twelfth Street, Riverside, CA 92501−3819

## ORDER AND NOTICE OF DISMISSAL
## ARISING FROM CHAPTER 13 CONFIRMATION HEARING [11 U.S.C. § 109(g)]

**DEBTOR INFORMATION:**
Dhelmy Flores

**BANKRUPTCY NO.** 6:09−bk−31667−TD

**CHAPTER** 13

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−7508
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 10/21/09

**Address:**
110041 Eddystone St
Riverside, CA 92503

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1)  debtor's bankruptcy case is dismissed;
(2)  the court retains jurisdiction on all issues arising under Bankruptcy Code Sections 110, 329 and 362; and
(3)  pursuant to Bankruptcy Code Section 109(g), debtor is prohibited from filing any new bankruptcy petition within 180 days of the date of entry of this order.

Dated: October 21, 2009

BY THE COURT,
**Jon D. Ceretto**
Clerk of Court

(Form od13b VAN−151) Rev. 03/09

**14 / PPC**